UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOSEPH ARMSTRONG**     199 Tipperary Trail     Gerrardstown WV 25420     Plaintiff, | *  *  * |
| v. | *   Case No.: * |
| **SELECT CONTRACTORS, INC.**     4507 A Metropolitan Court     Frederick, MD 21704 and | *  * |
| **CECIL HARRIS**     1610 Wise Road     Point of Rocks, MD 21777     Defendants. | *  *  * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF REMOVAL

COMES NOW, Defendants, Select Contractors, Inc. and Cecil Harris, pursuant to 28 U.S.C.A. §§ 1332 and 1446, and removes the Complaint filed in the Superior Court for the District of Columbia, titled *Joseph Armstrong v. Select Contractors, Inc., et. al.*, and assigned Case No. 2017 CA 008434 V, to the United States District Court for the District of Columbia, and states as follows:

1. On December 20, 2017, Plaintiff Joseph Armstrong filed an action against Defendants in the Superior Court of the District of Columbia styled as *Joseph Armstrong v. Select Contractors, Inc., et. al.*, 2017 CA 008434 V. A copy of the Complaint is attached hereto as Exhibit A.

2. A copy of the Complaint, along with the Summons was served upon Cecil Harris on January 5, 2018 and on Select Contractors, Inc. on January 17, 2018.

3. This Notice of Removal is timely filed under 28 U.S.C. § 1446(b).

## GROUNDS FOR REMOVAL

4. 28 U.S.C. § 1441 (a) provides the following:

> Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending..

28 U.S.C. § 1441(b) states "A defendant in a civil action in a State court may remove the action to the district court of the United States for the district and division embracing the place where the action is pending if . . . the action could have been brought in a United States district court." *See also*, *Caterpillar, Inc. v. Williams,* 482 U.S. 386, 392 (1987).

5. This case could have originally been brought in the United States District Court pursuant to 28 U.S.C. § 1332, which provides:

> The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between --
>
> (1) citizens of different States . . . .

28 U.S.C. §§ 1332(a).

6. Plaintiff is a citizen of West Virginia.

7. Select Contractors, Inc. is a citizen of Maryland.

8. Cecil Harris is a citizen of Maryland.

9. With respect to the amount in controversy, "a defendant's notice of removal need only include a plausible allegation that the amount in controversy exceeds the jurisdictional threshold." *Dart Cherokee Basin Op. Co., LLC v. Owens*, 135 S. Ct.

547, 554 (2014). In the Prayer for Relief, Plaintiff demands judgment against the Defendants in the amount of Nine Hundred Thousand Dollars ($900,000).

10. In light of the Prayer for Relief in Plaintiff's Complaint and the damages he alleges, Defendants have put forth a plausible allegation that the amount in controversy exceeds the jurisdictional threshold. Accordingly, Defendants have satisfied their burden of establishing the amount in controversy.

11. Pursuant to 28 U.S.C. §1441(a), removal to the United States District Court for the District of Columbia is proper because that District embraces the Superior Court for the District of Columbia, the place where this action is currently pending. *See* 28 U.S.C. §88.

12. Pursuant to 28 U.S.C. §1446(d), Defendants will promptly file a copy of this Notice of Removal in the Superior Court for the District of Columbia and give written notice of the removal of the action to counsel for the Plaintiff.

13. By removing the action to this Court, Defendants do not waive any defenses, objections or motions available to them under state or federal law. Defendants expressly reserve the right to move for dismissal of Plaintiff's claims pursuant to Rule 12 of the Federal Rules of Civil Procedure.

WHEREFORE, for the foregoing reasons, Defendants Select Contractors, Inc. and Cecil Harris, request that the aforementioned action be removed to this Court from the Superior Court for the District of Columbia and for such other and further relief as this Court deems appropriate.

_____/s/_____
Charles B. Peoples, Esquire
DC Bar No. 1011169
Thomas, Thomas & Hafer, LLP

1025 Connecticut Ave., NW, Suite 608
Washington, DC 20036
202-945-9501
202-945-9509 (fax)
cpeoples@tthlaw.com
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that, on the 24th day of January, 2018, a copy of the foregoing Notice of Removal was electronically served on the following:

Jerry Spitz
Ashcraft & Gerel, LLP
1825 K Street, NW, Suite 700
Washington, D.C., 20006
*Attorney for Plaintiff*

                                                     /s/
                                         Charles B. Peoples, Esquire 1011169
                                         *Attorney for Defendants*